**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>      vs.<br><br>HEART TRONICS, INC., MITCHELL JAY STEIN, WILLIE JAMES GAULT, J. ROWLAND PERKINS, II, MARTIN BERT CARTER, MARK CROSBY NEVDAHL, and RYAN ALLAN RAUCH,<br>             Defendants,<br><br>TRACEY HAMPTON-STEIN, ARC FINANCE GROUP, LLC, ARC BLIND TRUST, THS BLIND TRUST, JAYMI BLIND TRUST, OAK TREE INVESTMENTS BLIND TRUST, WBT INVESTMENTS BLIND TRUST, CATCH 83 GENERAL PARTNERSHIP, and FIVE INVESTMENTS PARTNERSHIP,<br><br>             Relief Defendants. | JS-6<br><br>Case No. SACV11-1962-JVS(ANx) |

**FINAL JUDGMENT AS TO
RELIEF DEFENDANT TRACEY HAMPTON-STEIN AND RELIEF
DEFENDANTS ARC FINANCE GROUP, LLC, ARC BLIND TRUST, THS
BLIND TRUST, JAYMI BLIND TRUST, OAK TREE INVESTMENTS
BLIND TRUST, AND WBT INVESTMENTS BLIND TRUST**

The Securities and Exchange Commission having filed a Complaint, which against Relief Defendants Tracey Hampton-Stein ("Hampton-Stein") and ARC Finance Group, LLC, ARC Blind Trust, THS Blind Trust, JAYMI Blind Trust, Oak

Tree Investments Blind Trust, and WBT Investment Blind Trust (collectively, "the Hampton-Stein Entities") is based exclusively on a claim for unjust enrichment; and these Relief Defendants having entered a general appearance; consented to the Court's jurisdiction over them and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that each and every of the Relief Defendants Hampton-Stein and the Hampton-Stein Entities are liable, jointly and severally, for disgorgement, based exclusively upon a claim for unjust enrichment,[1] of $3,927,553.82, representing unjust enrichment as a result of the conduct alleged in the Complaint, together with prejudgment interest in the amount of $1,380,545.24, for a total of $5,308,099.06.

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that a Relief Defendant may transmit payment on this Final Judgment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. A Relief Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

---

[1] The Commission neither alleges nor claims in its Complaint that Hampton-Stein herself violated any securities laws; nor does this Court make or intend to make by entry of this Final Judgment any findings that she violated any securities law.

and accompanied by a letter identifying the case title, civil action number, and name of this Court; Hampton-Stein or the entity as a defendant; and specifying that payment is made pursuant to this Final Judgment. In making payment, a Relief Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.

In making payment required to extinguish liability pursuant to this Final Judgment, a Relief Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to it. The Commission shall send the funds to the United States Treasury. And after fourteen (14) days from entry of this Final Judgment, if full payment is not made by Relief Defendants, Relief Defendants shall accrue liability for post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

### III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent of Relief Defendants is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendants shall comply with all of the undertakings and agreements set forth therein.

### IV.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: December 8, 2014

_____
UNITED STATES DISTRICT JUDGE