KENNETH W. DONNELLY
E-mail: donnellyk@sec.gov
DEREK S. BENTSEN
Email: bentsend@sec.gov
100 F Street, N.E.
Washington, DC 20549
Telephone: (202) 551-4946
Facsimile: (202) 772-9282
Attorneys for Securities and Exchange Commission

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>HEART TRONICS, INC., MITCHELL JAY STEIN, WILLIE JAMES GAULT, J. ROWLAND PERKINS, II, MARTIN BERT CARTER, MARK CROSBY NEVDAHL, and RYAN ALLAN RAUCH,<br><br>    Defendants,<br><br>TRACEY HAMPTON-STEIN, ARC FINANCE GROUP, LLC, ARC BLIND TRUST, THS BLIND TRUST, JAYMI BLIND TRUST, OAK TREE INVESTMENTS BLIND TRUST, WBT INVESTMENTS BLIND TRUST, CATCH 83 GENERAL PARTNERSHIP, and FIVE INVESTMENTS PARTNERSHIP,<br><br>    Relief Defendants. | Case No. SACV11-1962-JVS(ANx)<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S PROPOSED VERDICT FORM**<br><br>TRIAL: MARCH 3, 2015<br>TIME: 9:00 A.M.<br>CTRM: 10C<br>JUDGE: HON. JAMES V. SELNA |

# **VERDICT**

1. With respect to the SEC's claim that defendant Willie Gault violated Section 10(b) of the Securities Exchange Act and Rule 10b-5, regarding the Kolinek transaction, we, the jury, find defendant Willie Gault:

    Liable _____          Not Liable _____

2. With respect to the SEC's claim that defendant Willie Gault violated Section 10(b) of the Securities Exchange Act and Rule 10b-5, regarding his misleading statements or omissions in certifications filed with the SEC, furnished with Heart Tronics' third quarter, Form 10-Q, on November 19, 2008, we, the jury, find defendant Willie Gault:

    Liable _____          Not Liable _____

3. With respect to the SEC's claim that defendant Willie Gault violated Section 17(a)(1) of the Securities Act, regarding the Kolinek transaction, we, the jury, find defendant Willie Gault:

    Liable _____          Not Liable _____

4. With respect to the SEC's claim that defendant Willie Gault violated Section 17(a)(2) of the Securities Act, regarding the Kolinek transaction, we, the jury, find defendant Willie Gault:

    Liable _____          Not Liable _____

5. With respect to the SEC's claim that defendant Willie Gault violated Section 17(a)(3) of the Securities Act, regarding the Kolinek transaction, we, the jury, find defendant Willie Gault:

    Liable \_\_\_\_\_        Not Liable \_\_\_\_\_

6. With respect to the SEC's claim that defendant Willie Gault violated Section 17(a)(1) of the Securities Act, regarding his misleading statements or omissions in certifications filed with the SEC, furnished with Heart Tronics' third quarter, Form 10-Q, on November 19, 2008, we, the jury, find defendant Willie Gault:

    Liable \_\_\_\_\_        Not Liable \_\_\_\_\_

7. With respect to the SEC's claim that defendant Willie Gault violated Section 17(a)(2) of the Securities Act, regarding his misleading statements or omissions in certifications filed with the SEC, furnished with Heart Tronics' third quarter, Form 10-Q, on November 19, 2008, we, the jury, find defendant Willie Gault:

    Liable \_\_\_\_\_        Not Liable \_\_\_\_\_

8. With respect to the SEC's claim that defendant Willie Gault violated Section 17(a)(3) of the Securities Act, regarding his misleading statements of omissions in certifications filed with the SEC, furnished with Heart Tronics' third quarter, Form 10-Q, on November 19, 2008, we, the jury, find defendant Willie Gault:

   Liable _____      Not Liable _____

9. With respect to the SEC's claim that defendant Willie Gault violated Section 20(e) of the Exchange Act by aiding and abetting violations of Section 10(b) of the Securities Exchange Act and Rule 10b-5 by Mitchell Stein regarding the Kolinek transaction, we, the jury, find defendant Willie Gault:

   Liable _____      Not Liable _____

10. With respect to the SEC's claim that defendant Willie Gault violated Section 20(e) of the Exchange Act by aiding and abetting violations of Section 10(b) of the Securities Exchange Act and Rule 10b-5 by Heart Tronics regarding Mr. Gault's misleading statements or omissions in certifications filed with the SEC, furnished with Heart Tronics' third quarter, Form 10-Q, on November 19, 2008, we, the jury, find defendant Willie Gault:

    Liable _____      Not Liable _____

1   11.  With respect to the SEC's claim that defendant Willie Gault violated Section
2        13(b)(5) of the Exchange Act, we, the jury, find defendant Willie Gault:

4            Liable _____                          Not Liable _____

6   12.  With respect to the SEC's claim that defendant Willie Gault violated Rule
7        13a-14 under the Exchange Act, regarding his false certifications, furnished
8        with Heart Tronics' third quarter, Form 10-Q, on November 19, 2008, we,
9        the jury, find defendant Willie Gault:

11           Liable _____                          Not Liable _____

13  13.  With respect to the SEC's claim that defendant Willie Gault violated Rule
14       13a-14 by failing to manually sign his certifications of Heart Tronics' third
15       quarter, Form 10-Q, on November 19, 2008, we, the jury, find defendant
16       Willie Gault:

18           Liable _____                          Not Liable _____

22                                          _____
                                                    FOREPERSON

24                                          Date _____

- 4 -

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  |  |
| 3 | DATED: March 2, 2015 | SECURITIES AND EXCHANGE COMMISSION |
| 4 |  | By: |
| 5 |  | /s/ Kenneth W. Donnelly |
|   |  | KENNETH W. DONNELLY |
| 6 |  | DEREK S. BENTSEN |
| 7 |  |  |
|   |  | Attorneys for Plaintiff |
| 8 |  |  |

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March 2015, I caused the foregoing to be filed via the Court's ECF system and for additional copies to be served on the following parties via electronic mail:

George B. Newhouse, Jr., Esq.
DENTONS US LLP
601 S. Figueroa Street, Suite 1500
Los Angeles, CA 90017
george.newhouse@dentons.com
**Counsel for Defendant Willie James Gault**

James N. Fiedler, Esq.
Law Offices of James N. Fiedler
6700 Fallbrook Avenue, Suite 100
West Hills, CA 91307
jfiedler@pacbell.net
**Counsel for Defendant Heart Tronics, Inc.**

**Mitchell J. Stein, Pro Se**
c/o 6700 Fallbrook Ave, Suite 100
West Hills, CA 91307
mitchstein2014@gmail.com

                                                 /s/ Kenneth W. Donnelly